UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA HUNTLEY,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant. | Case No. C15-400-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of her applications for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded for further administrative proceedings. Dkt. 18. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge ("ALJ") will allow Plaintiff to submit additional evidence and arguments; hold a de novo hearing and issue a new decision; reevaluate Plaintiff's impairments at steps two and three of the sequential evaluation process, particularly panic disorder with agoraphobia; reevaluate the medical opinion evidence, including the opinion of Sally Harper, L.I.C.S.W., in accordance with 20 C.F.R § 404.1527 and Social Security Ruling 06-03p; explain the weight given; and provide legally sufficient reasons for any opinion that is

REPORT AND RECOMMENDATION - 1

rejected; reevaluate Plaintiff's credibility and the lay witness evidence; reassess Plaintiff's residual functional capacity; reevaluate the materiality of Plaintiff's substance abuse in accordance with 20 C.F.R. § 404.1535; continue with the sequential evaluation process; and determine Plaintiff's ability to perform past relevant work or other work, obtaining vocational expert testimony, if necessary; and take any other actions necessary to develop the record.

The parties further stipulate that plaintiff will be entitled to reasonable attorney fees, costs, and expenses pursuant to 28 U.S.C. § 2412 and 28 U.S.C. § 1920, upon proper request to the Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 1st day of September, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2