UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA HUNTLEY,

               Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

               Defendant.

Case No. C15-400-RAJ-BAT

**ORDER**

The Court, having considered the stipulated motion for remand, Dkt. 18, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the balance of the record, **ORDERS**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3)     The Clerk shall send copies of this Order to the parties.

DATED this 8th day of September, 2015.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1